UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THEODORE D. AMRINE,

    Petitioner,

v.

DARLENE VELTRI,

    Respondent.

Case No. 03-cv-878-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Theodore D. Amrine's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed for lack of jurisdiction.

**DATED:  March 9, 2006**　　　　　　　　　　**NORBERT JAWORSKI**

　　　　　　　　　　　　　　　　　　　　　　　**By: s/ Judith Prock, Deputy Clerk**


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**